HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| Sanam Elyassi <br> *Plaintiff* <br> v. <br> United States of America; Tripler Army Medical Center; Christopher Klem, M.D., et al. <br> *Defendant* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, Tripler Army Medical Center, Christopher Klem, M.D., Jared McKean Theler, M.D., 1 Jarrett White Road, Tripler Army Medical Center, Hawaii 96859

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher A. Dias
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii 96813

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
*CLERK OF COURT*

Date: __JUN 20 2012__   _____
*Signature of Clerk or Deputy Clerk*