CV 12-00356 BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

At __4__ oclock and ___ min
Jun 20, 2012

[✔]    ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]     ORDER SETTING STATUS CONFERENCE

for **Monday, September 24, 2012** at 9:00 a.m. before:

[✔]    Magistrate Judge Barry M. Kurren in Courtroom 7

[]     Magistrate Judge Kevin S.C. Chang in Courtroom 5

[]     Magistrate Judge Richard L. Puglisi  in Courtrooom 6

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii:

• Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.

• Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.

• Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Wednesday, June 20, 2012.

_____/s/ Susan Mollway_____
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date____June 20, 2012_____          Signature _____
                                                    Atty ( ) Secy ( ) Messenger ( )

**THIS  SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.  PLEASE DO NOT REMOVE.**