UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| Plaintiff (s), | ) ) ) ) ) | Case No.   CV 12-00356 BMK |
| vs. | ) ) ) ) ) |  |
| Defendant(s). | ) ) ) |  |

CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(c)(1), the undersigned party voluntarily consents to have the assigned United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

_____

Name of Party(s)

_____

Signature of Attorney or Pro Se Party                                         Date

---

REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

Pursuant to 28 U.S.C. § 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

_____

Name of Party(s)

_____

Signature of Attorney or Pro Se Party                                         Date

---

**Return this form within 21 days of appearance.** After completing this form, parties may e-mail this form in pdf format to consent@hid.uscourts.gov, or may mail it to U. S. District Court, 300 Ala Moana Blvd., Room C-338, Honolulu, HI, 96850, Attention: Consent Clerk. **Do not e-file this document.**