Case: **1:12−cv−00356**
Assigned To : **KURREN, BARRY M.**
Referral Judge: **UNASSIGNED**
Assign. Date : **6/20/2012**
Description: **Sanam Elyassi v. USA**

```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI004252
Cashier ID: et
Transaction Date: 06/20/2012
Payer Name: CHRIS DIAS
----------------------------------
CIVIL FILING FEE
 For: CHRIS DIAS
 Case/Party: D-HIX-1-12-CV-000356-001
 Amount:         $350.00
----------------------------------
CHECK
 Remitter: CHRIS DIAS
 Check/Money Order Num: 1226
 Amt Tendered: $350.00
----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

CV 12-00356 BMK


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```

1