ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 25 2012

at ___ o'clock and ___ min. ___M.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. *CV 12-00356 BMK ; ELyassi v. United States of America*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States of America

was received by me on *(date)* 6/25/12 .

☑ I personally served the summons on the individual at *(place)* U.S. Attorney's Office, 300
AlaMoana Blvd #6100, Honolulu, HI 96813 on *(date)* 6/25/12 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 6/25/12 _____

_____
*Server's signature*

**Christine Riegel**
**Civil Process Server**
*Printed name and title*

P.O. Box 4302
Honolulu, HI 96812
Tel: (808) 321-6800
*Server's address*

Additional information regarding attempted service, etc:

JAN YONEDA
Supr. Legal Asst
6/25/12
1:46 pm