AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV12-000356 BMK; Elyassi v U.S.A.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 27 2012
at 3 o'clock and 22 min, PM
SUE BEITIA, CLERK

This summons for *(name of individual and title, if any)* Christopher Klem, M.D.
was received by me on *(date)* 6/25/12.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn M. Handoost _____, who is designated by law to accept service of process on behalf of *(name of organization)* Defendant Judge Advocate Tripler AMC, on *(date)* 6/26/12 ; or

☐ I returned the summons unexecuted because 1 Jarrett White Rd. Honolulu HI. _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/26/12

*Server's signature*

Christine Riegel
Civil Process Server
*Printed name and title*

P.O. Box 4302
Honolulu, HI 96812
Tel: (808) 521-5800
*Server's address*

Additional information regarding attempted service, etc: