UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

JUN 27 2012

Civil Action No. *Cv12-000356 BMK; Elyassi V. U.S.A.*   at 3 o'clock and 2 min. PM

SUE BEITIA, CLERK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Jared Mckean Theler**
was received by me on *(date)* **6/25/12** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Lynn Mihandoost** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Defendant**
**Judge Advocates at Tripler AMC**
**1 Jarrett White Rd, Honolulu HI** on *(date)* **6/26/12** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: **6/26/12**

_____
Server's signature

**Christine Riegel**
**Civil Process Server**

Printed name and title

P.O. Box 4302
Honolulu HI 96812
Tel: (808) 521-5800

Server's address

Additional information regarding attempted service, etc: