Civil Action No. *Cv12-00356 BMK; Elyassi v. USA*

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2012

at ___ o'clock and ___ min. P.M.
SUE BEITIA, CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Tripler Army Medical Center · SPC Lynn Mihandoost**

was received by me on *(date)* **6/25/12**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Lynn Mihandoost**, who is designated by law to accept service of process on behalf of *(name of organization)* **Tripler Army Medical Center Judge Advocate, 1 Jarrett White Rd, Honolulu, HI 96818** on *(date)* **6-26-2012** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/26/12**

*Server's signature*

**Christine Riegel**
**Civil Process Server**
*Printed name and title*

P.O. Box 4302
Honolulu, HI 96812
Tel: (808) 521-5800

*Server's address*

Additional information regarding attempted service, etc: