# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV. NO. 12-00356 BMK |
| CASE NAME: | Sanam Elyassi v. United States of America, et al. |
| ATTYS FOR PLA: | Christopher Dias |
| ATTYS FOR DEFT: | Harry Yee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C7 no record |
| DATE: | 10/5/2012 | TIME: | 10:26-10:31 a.m. |

COURT ACTION:  EP:  Rule 16 Scheduling Conference held.  Court to prepare scheduling order.

1. Non-jury trial on October 22, 2013 at 9:00 a.m. before BMK
2. Final Pretrial Conference on September 10, 2013 at 9:00 a.m. before BMK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by September 3, 2013
5. File motions to Join/Add Parties/Amend Pleadings by March 22, 2013
6. File other Non-Dispositive Motions by July 24, 2013
7. File Dispositive Motions by May 22, 2013
8a. File Motions in Limine by October 1, 2013
8b. File opposition memo to a Motion in Limine by October 8, 2013
11a. Plaintiff's Expert Witness Disclosures by April 22, 2013
11b. Defendant's Expert Witness Disclosures by May 22, 2013
12. Discovery deadline August 23, 2013
13. Settlement Conference set for June 21, 2013 at 10:00 a.m. before KSC
14. Settlement Conference statements by June 14, 2013
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by October 1, 2013
24. Exchange Exhibit and Demonstrative aids by September 24, 2013
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 1, 2013
26. File objections to the Exhibits by October 8, 2013
28a. File Deposition Excerpt Designations by October 1, 2013
28b. File Deposition Counter Designations and Objections by October 8, 2013
29. File Trial Brief by October 8, 2013

30.     File Findings of Fact & Conclusions of Law by October 8, 2013

Other Matters: None.

cc:  Tammy Kimura

Submitted by kur2, law clerk.