Of Counsel:
CHRISTOPHER A. DIAS                6265-0
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone No.  (808) 524-4600
Email: chrisdias@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| SANAM ELYASSI, | CIVIL NO. CV 12-00356 BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | [Re: Plaintiff's Initial Disclosures] |
| UNITED STATES OF AMERICA; TRIPLER ARMY MEDICAL CENTER; CHRISTOPHER KLEM, M.D.; JARED MCKEAN THELER, M.D.; JOHN DOES 1-10; JANE DOES 1-10; DOE BUSINESS ENTITIES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; and DOE DEFENDANTS 1-10, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original Plaintiff's Initial Disclosures will be

served by hand delivery upon the party identified below on the date herein

indicated:

    HARRY YEE, ESQ.
    Office of the U.S. Attorney
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii 96850

    Attorney for Defendants
    UNITED STATES OF AMERICA,
    TRIPLER ARMY MEDICAL CENTER,
    CHRISTOPHER KLEM, M.D. and
    JARED MCKEAN THELER, M.D.

    DATED: Honolulu, Hawaii, October 8, 2012.

    /s/ Christopher A. Dias
    CHRISTOPHER A. DIAS
    Attorney for Plaintiff