FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:    Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANAM ELYASSI,<br><br>          Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; TRIPLER ARMY MEDICAL CENTER; CHRISTOPHER KLEM, M.D.; JARED MCKEAN THELER, M.D.; JOHN DOES 1-10; JANE DOES 1-10; DOE BUSINESS ENTITIES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; and DOE DEFENDANTS 1-10,<br><br>          Defendants. | CIVIL NO. 12-00356 BMK<br><br><br><br>STIPULATION FOR PARTIAL DISMISSAL |

STIPULATION OF PARTIAL DISMISSAL

It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure that the parties hereby agree to dismiss the allegations against the TRIPLER ARMY MEDICAL CENTER; CHRISTOPHER KLEM, M.D.; JARED

MCKEAN THELER, M.D.; JOHN DOES 1-10; JANE DOES 1-10; DOE BUSINESS ENTITIES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; and DOE DEFENDANTS 1-10 in this lawsuit, without prejudice.

This dismissal shall be converted to a dismissal with prejudice upon a final settlement or judgment on the remaining claims herein. However, this dismissal is contingent and conditioned upon the mutual understanding of the parties that the United States will make no argument, and shall not introduce evidence, that the TRIPLER ARMY MEDICAL CENTER; CHRISTOPHER KLEM, M.D.; JARED MCKEAN THELER, M.D.; JOHN DOES 1-10; JANE DOES 1-10; DOE BUSINESS ENTITIES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; and DOE DEFENDANTS 1-10 is liable or responsible for the remaining claims alleged herein or contest that the United States is the proper Defendant in this action.

DATED: Honolulu, Hawaii, _____.

/s/ Christopher A. Dias

_____
CHRISTOPHER A. DIAS, ESQ.
Attorney for Plaintiff

```
                              FLORENCE K. NAKAKUNI
                              United States Attorney
                              District of Hawaii


                              /s/ Harry Yee
                              _____
                              HARRY YEE
                              Assistant U.S. Attorney

                              Attorneys for Defendant
                              UNITED STATES OF AMERICA
```

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, October 10, 2012.



         /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

_____

SANAM ELYASSI, et al. v. United States, et al.; Civil No. 12-00356 BMK; "STIPULATION OF PARTIAL DISMISSAL"