FLORENCE T. NAKAKUNI   2286
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:     Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANAM ELYASSI, | CIVIL NO. 12-00356 BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | [RE: DEFENDANT UNITED STATES OF AMERICA'S INITIAL DISCLOSURES] |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 19, 2012, and by the
method of service noted below, a true and correct copy DEFENDANT
UNITED STATES OF AMERICA'S INITIAL DISCLOSURES was served on the
following at their last known address:

<u>Served via Hand Delivery</u>

CHRISTOPHER A. DIAS, ESQ.
810 Richards Street, Suite 810
Honolulu, HI  96813

Attorney for Plaintiff
SANAM ELYASSI

DATED:    October 19, 2012, at Honolulu, Hawaii.

                              FLORENCE T. NAKAKUNI
                              United States Attorney
                              District of Hawaii

                              /s/ Harry Yee

                              By_____
                                 HARRY YEE
                                 Assistant U.S. Attorney

                              Attorneys for Defendant
                              UNITED STATES OF AMERICA