FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:     Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANAM ELYASSI,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | CIVIL NO. 12-00356 BMK<br><br>CERTIFICATE OF SERVICE<br><br>[Defendant United States of America's First Request for Answers to Interrogatories to Plaintiff] |

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Defendant United States of America's First Request for Answers to Interrogatories

//

//

//

to Plaintiff was served on the following at their last known address:

    <u>Served via First Class Mail on March 12, 2013</u>

    CHRISTOPHER A. DIAS, ESQ.
    Clifford Center
    810 Richards Street, Suite 810
    Honolulu, Hawaii  96813

    Attorney for Plaintiff
    SANAM ELYASSI

    DATED:   March 12, 2013, at Honolulu, Hawaii.

                                  FLORENCE T. NAKAKUNI
                                  United States Attorney
                                  District of Hawaii

                                    /s/ Harry Yee
                          By_____
                            HARRY YEE
                            Assistant U.S. Attorney

                          Attorneys for Defendant
                          UNITED STATES OF AMERICA