```
FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:     Harry.Yee@usdoj.gov
```

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANAM ELYASSI,<br><br>       Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | CIVIL NO. 12-00356 BMK<br><br>CERTIFICATE OF SERVICE<br><br>[Defendant United States of America's First Request for Production of Documents to Plaintiff] |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Defendant United States of America's First Request for Production of Documents to

//

//

//

Plaintiff was served on the following at their last known address:

<u>Served via First Class Mail on March 12, 2013</u>

CHRISTOPHER A. DIAS, ESQ.
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii  96813

Attorney for Plaintiff
SANAM ELYASSI

DATED:     March 12, 2013, at Honolulu, Hawaii.

                                  FLORENCE T. NAKAKUNI
                                  United States Attorney
                                  District of Hawaii


                                        /s/ Harry Yee
                              By_____
                                HARRY YEE
                                Assistant U.S. Attorney

                                  Attorneys for Defendant
                                  UNITED STATES OF AMERICA