Of Counsel:
CHRISTOPHER A. DIAS              6265-0
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone No.  (808) 524-4600
Email: chrisdias@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| SANAM ELYASSI, | ) | CIVIL NO. CV 12-00356 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [Re: (1) Plaintiff's First Request for Answers to Interrogatories to Defendant United States of America; Exhibit "A"; and (2) Plaintiff's First Request for Production of Documents to Defendant United States of America] |
| | ) | |
| UNITED STATES OF AMERICA; TRIPLER ARMY MEDICAL CENTER; CHRISTOPHER KLEM, M.D.; JARED MCKEAN THELER, M.D.; JOHN DOES 1-10; JANE DOES 1-10; DOE BUSINESS ENTITIES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; and DOE DEFENDANTS 1-10, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that an original and one copy of Plaintiff's First

Request for Answers to Interrogatories to Defendant United States of America,

and the original Plaintiff's First Request for Production of Documents to Defendant United States of America were served by hand delivery upon the party identified below on the date herein indicated:

    HARRY YEE, ESQ.
    Office of the U.S. Attorney
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii 96850

    Attorney for Defendant
    UNITED STATES OF AMERICA

    DATED: Honolulu, Hawaii, April 3, 2013.

                                          /s/ Christopher A. Dias
                                          CHRISTOPHER A. DIAS
                                          Attorney for Plaintiff