Of Counsel:
CHRISTOPHER A. DIAS          6265-0
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone No. (808) 524-4600
Email: chrisdias@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| SANAM ELYASSI, ) | CIVIL NO. CV 12-00356 BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | [Re: (1) Plaintiff's Response to |
| ) | Defendant United States of America's |
| UNITED STATES OF AMERICA; ) | First Request for Answers to |
| TRIPLER ARMY MEDICAL ) | Interrogatories to Plaintiff; and (2) |
| CENTER; CHRISTOPHER KLEM, ) | Plaintiff's Response to Defendant |
| M.D.; JARED MCKEAN THELER, ) | United States of America's First |
| M.D.; JOHN DOES 1-10; JANE DOES ) | Request for Production of Documents |
| 1-10; DOE BUSINESS ENTITIES 1- ) | to Plaintiff; Exhibits "A" - "B"] |
| 10; DOE GOVERNMENTAL ) | |
| ENTITIES 1-10; and DOE ) | |
| DEFENDANTS 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that an original and one copy of Plaintiff's Response

to Defendant United States of America's First Request for Answers to

Interrogatories to Plaintiff, and the original Plaintiff's Response to Defendant United States of America's First Request for Production of Documents to Plaintiff; Exhibits "A" - "B" were served by hand delivery upon the party identified below on the date herein indicated:

    HARRY YEE, ESQ.
    Office of the U.S. Attorney
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii 96850

    Attorney for Defendant
    UNITED STATES OF AMERICA

    DATED: Honolulu, Hawaii, April 11, 2013.

                          /s/ Christopher A. Dias
                          CHRISTOPHER A. DIAS
                          Attorney for Plaintiff