Of Counsel:
CHRISTOPHER A. DIAS          6265-0
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone No.  (808) 524-4600
Email: chrisdias@hawaii.rr.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| SANAM ELYASSI, | ) | CIVIL NO. CV 12-00356 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [Re: Plaintiff's Expert Witness |
| | ) | Disclosures; Exhibits "1" - "16"] |
| UNITED STATES OF AMERICA; | ) | |
| TRIPLER ARMY MEDICAL | ) | |
| CENTER; CHRISTOPHER KLEM, | ) | |
| M.D.; JARED MCKEAN THELER, | ) | |
| M.D.; JOHN DOES 1-10; JANE DOES | ) | |
| 1-10; DOE BUSINESS ENTITIES 1- | ) | |
| 10; DOE GOVERNMENTAL | ) | |
| ENTITIES 1-10; and DOE | ) | |
| DEFENDANTS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original Plaintiff's Expert Witness

Disclosures; Exhibits "1" - "16" were served by hand delivery upon the party

identified below on the date herein indicated:

HARRY YEE, ESQ.
Office of the U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850

Attorney for Defendant
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, April 22, 2013.


                                    /s/ Christopher A. Dias
                                    CHRISTOPHER A. DIAS
                                    Attorney for Plaintiff