Of Counsel:
CHRISTOPHER A. DIAS          6265-0
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone No.  (808) 524-4600
Email: chrisdias@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| SANAM ELYASSI, | ) | CIVIL NO. CV 12-00356 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [Re: Plaintiff's First Supplemental |
| | ) | Expert Witness Disclosures; Exhibit |
| UNITED STATES OF AMERICA; | ) | "1"] |
| TRIPLER ARMY MEDICAL | ) | |
| CENTER; CHRISTOPHER KLEM, | ) | |
| M.D.; JARED MCKEAN THELER, | ) | |
| M.D.; JOHN DOES 1-10; JANE DOES | ) | |
| 1-10; DOE BUSINESS ENTITIES 1- | ) | |
| 10; DOE GOVERNMENTAL | ) | |
| ENTITIES 1-10; and DOE | ) | |
| DEFENDANTS 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original Plaintiff's First Supplemental Expert

Witness Disclosures; Exhibit "1" was served by hand delivery upon the party

identified below on the date herein indicated:

       HARRY YEE, ESQ.
       Office of the U.S. Attorney
       300 Ala Moana Boulevard, Room 6-100
       Honolulu, Hawaii 96850

       Attorney for Defendant
       UNITED STATES OF AMERICA

       DATED: Honolulu, Hawaii, May 6, 2013.


                    /s/ Christopher A. Dias
                    CHRISTOPHER A. DIAS
                    Attorney for Plaintiff