Of Counsel:
CHRISTOPHER A. DIAS           6265-0
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone No. (808) 524-4600
Email: chrisdias@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| SANAM ELYASSI, | ) | CIVIL NO. CV 12-00356 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [Re: Plaintiff's Third Supplement to |
| | ) | Initial Disclosures] |
| UNITED STATES OF AMERICA; TRIPLER ARMY MEDICAL CENTER; CHRISTOPHER KLEM, M.D.; JARED MCKEAN THELER, M.D.; JOHN DOES 1-10; JANE DOES 1-10; DOE BUSINESS ENTITIES 1-10; DOE GOVERNMENTAL ENTITIES 1-10; and DOE DEFENDANTS 1-10, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original Plaintiff's Third Supplement to

Initial Disclosures will be served by hand delivery upon the party identified below

on the date herein indicated:

    HARRY YEE, ESQ.
    Office of the U.S. Attorney
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii 96850

    Attorney for Defendant
    UNITED STATES OF AMERICA

    DATED: Honolulu, Hawaii, May 13, 2013.

                        /s/ Christopher A. Dias
                        CHRISTOPHER A. DIAS
                        Attorney for Plaintiff