FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:     Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANAM ELYASSI,<br><br>              Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CIVIL NO. 12-00356 BMK<br><br>CERTIFICATE OF SERVICE<br><br>[RE:  DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION] |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 20, 2013, and by the method of service noted below, a true and correct copy of Defendant United States of America's Notice of Taking Deposition Upon Oral Examination re: SANAM ELYASSI was served on the following at their last known address:

<u>Served via First Class Mail</u>:

CHRISTOPHER A. DIAS, ESQ.
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii 96813

Attorney for Plaintiff
SANAM ELYASSI

DATED: May 21, 2013, at Honolulu, Hawaii.

                              FLORENCE T. NAKAKUNI
                              United States Attorney
                              District of Hawaii


                                  /s/ Harry Yee
                           By_____
                              HARRY YEE
                              Assistant U.S. Attorney

                              Attorneys for Defendant
                              UNITED STATES OF AMERICA