Of Counsel:
CHRISTOPHER A. DIAS         6265-0
Clifford Center
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone No.  (808) 524-4600
Email: chrisdias@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| SANAM ELYASSI, ) | CIVIL NO. CV 12-00356 BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | [Re: Plaintiff's Second Supplemental |
| ) | Expert Witness Disclosures; Exhibits |
| UNITED STATES OF AMERICA; ) | "1" - "2"] |
| TRIPLER ARMY MEDICAL ) | |
| CENTER; CHRISTOPHER KLEM, ) | |
| M.D.; JARED MCKEAN THELER, ) | |
| M.D.; JOHN DOES 1-10; JANE DOES ) | |
| 1-10; DOE BUSINESS ENTITIES 1- ) | |
| 10; DOE GOVERNMENTAL ) | |
| ENTITIES 1-10; and DOE ) | |
| DEFENDANTS 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original Plaintiff's Second Supplemental

Expert Witness Disclosures; Exhibits "1" - "2" was served by hand delivery upon

the party identified below on the date herein indicated:

    HARRY YEE, ESQ.
    Office of the U.S. Attorney
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii 96850

    Attorney for Defendant
    UNITED STATES OF AMERICA

    DATED: Honolulu, Hawaii, May 23, 2013.


    /s/ Christopher A. Dias
    CHRISTOPHER A. DIAS
    Attorney for Plaintiff