FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:    Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANAM ELYASSI,<br><br>         Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA;<br><br>         Defendant. | CIVIL NO. 12-00356 BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.  There are no remaining claims or

parties.   This stipulation may be signed in counterparts.

DATED: August 7, 2013 at Honolulu, Hawaii.

          FLORENCE T. NAKAKUNI
          United States Attorney
          District of Hawaii

By   /s/ Harry Yee
    HARRY YEE
    Assistant U.S. Attorney

Attorneys for Defendant

DATED: July 22, 2013 at Honolulu, Hawaii.

   /s/ Christopher A. Dias

CHRISTOPHER A. DIAS
Attorney for Plaintiff
SANAM ELYASSI

IT IS SO APPROVED AND ORDERED.

DATED: Honolulu, Hawaii, August 8, 2013.



 /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

ELYASSI v. USA, Civil No. 12-00356 BMK, STIPULATION OF DISMISSAL WITH PREJUDICE